# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM SCOTT, | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:15-1267 |
| v. | : | (JUDGE MANNION) |
| CAROLYN W. COLVIN,<br>Commissioner of Social Security, | : | |
| | : | |
| Defendant | : | |
| | : | |

# O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the report and recommendation of Judge Cohn, **(Doc. 18)**, is **ADOPTED IN ITS ENTIRETY**;

**(2)** the decision of the Commissioner of Social Security denying the plaintiff's application for benefits under the Act is **VACATED**;

**(3)** the instant action is **REMANDED** to the Commissioner for further proceedings in accordance with Judge Cohn's report; and

**(4)** the Clerk of Court is directed to **CLOSE THIS CASE**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date:  November 22, 2016**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-1267-01-ORDER.wpd